UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOREEN SPIOTTI | : | NO.: 3:04-CV-01442 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF WOLCOTT, PAUL SCIRPO, | : | |
| DON THERKILDSEN, DOMENIC | : | |
| ANGIOLILLO, AND BRUCE MORRONE | : | MARCH 7, 2008 |

PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE

The plaintiff, Doreen Spiotti, hereby requests, with the concurrence of the defendants, that a settlement conference be scheduled at the court's earliest convenience. On February 20, 2008, the court ruled on the defendants' motion for summary judgment, and the parties are now preparing their joint trial memorandum in anticipation of trial. The parties believe that a settlement conference may result in allowing the parties to finally settle the matter without the additional expenditure of time and resources in anticipation of trial.

PLAINTIFF, DOREEN SPIOTTI,

_____s/_____
By: Eric R. Brown, Esq. (ct13519)
Secor, Cassidy & McPartland, P.C.
41 Church Street
Waterbury, CT  06702
203-757-9261
Fax:  203-756-5762
E-mail:  attyerb@yahoo.com

## **CERTIFICATION**

      This is to certify that on March 7, 2008, a copy of the foregoing Motion for Extension of Time and Request for Settlement Conference was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

   Michael J. Rose
   Johanna A. Gordon
   Rose Kallor, LLP
   750 Main Street
   Hartford, CT  06103

                                                                  _____s/_____
                                                                     Eric R. Brown, Esq.